

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2021

No. 04-21-00166-CV

Catalina **SALAZAR**,
Appellant

v.

Rosario **GARZA** and Connie Garza,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0067
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant attempts to appeal the trial court's March 9, 2021 order dismissing her appeal from a justice court order to the county court. Because the trial court signed the order on March 9, 2021, the notice of appeal was due April 8, 2021. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on April 23, 2021. *See* TEX. R. APP. P. 26.3. Appellant filed her notice of appeal on April 19, 2021. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We therefore ORDER appellant to file, on or before **July 19, 2021**, a response presenting a reasonable explanation for failing to file a notice of appeal in a timely manner. If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court